UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.R., BY AND THROUGH HER MOTHER, B.R. | CIVIL ACTION |
| VERSUS | NO. 20-3112 |
| CABRINI HIGH SCHOOL, INC. | SECTION M (1) |

## ORDER

Considering plaintiff's motion to file under seal a petition seeking authorization for B.R. to settle claims on behalf of her minor daughter, E.R. (R. Doc. 12), and the Court specifically finding that the interests in favor of nondisclosure outweigh the public's right of access to this motion that contains the terms of a confidential settlement agreement,

IT IS ORDERED that the motion to file under seal is GRANTED.

New Orleans, Louisiana, this 26th day of March, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE