UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.R., BY AND THROUGH HER MOTHER, B.R. | CIVIL ACTION |
| VERSUS | NO. 20-3112 |
| CABRINI HIGH SCHOOL, INC. | SECTION M (1) |

## ORDER

Considering plaintiff's motion (R. Doc. 15) seeking authorization for B.R, on behalf of her minor daughter, E.R., to enter the proposed settlement agreement (R. Doc. 15-1), and the record, the Court finds that B.R. is acting in E.R.'s best interest, and thus,

IT IS ORDERED that the motion to approve B.R.'s settlement of the claims on E.R.'s behalf is GRANTED.

New Orleans, Louisiana, this 26th day of March, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE