UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.R., BY AND THROUGH HER MOTHER, B.R. | CIVIL ACTION |
| VERSUS | NO. 20-3112 |
| CABRINI HIGH SCHOOL, INC. | SECTION M (1) |

## ORDER

Considering plaintiff's motion to dismiss this case with prejudice because the claims have been settled (R. Doc. 17)

IT IS ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 30th day of April, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE